FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT MILDES, a married man,<br><br>    Plaintiff,<br><br>    v.<br><br>SHRINERS HOSPITALS FOR CHILDREN, a foreign nonprofit corporation,<br><br>    Defendant. | No. 2:23-CV-00356-SAB<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated [Motion for] Protective Order, ECF No. 19. The motion was heard without oral argument. Plaintiff is represented by Robert Wright and Samuel Fenton. Defendant is represented by Margaret Burnham, Meagan Himes, and Sarah Benedict.

The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a

**ORDER DENYING STIPULATED PROTECTIVE ORDER** ~1

narrowly tailored protective order.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated [Motion for] Protective Order, ECF No. 19, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 23rd day of September 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING STIPULATED PROTECTIVE ORDER** ~2