FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ROBERT MILDES, a married man,

      Plaintiff,

      v.

SHRINERS HOSPITALS FOR CHILDREN, a foreign nonprofit corporation,

      Defendant.

NO.  2:23-CV-00356-SAB

**ORDER DISMISSING ACTION**

Before the Court is the parties' Stipulated Notice of Dismissal with Prejudice, ECF No. 87. The motion was heard without oral argument. Plaintiff is represented by Robert Wright and Douglas Dick. Defendant is represented by Sarah Ames Benedict, Matthew Jedreski and Olivia Munson.

Plaintiff stipulates to the voluntary dismissal of this action and asks that all claims against Defendant be dismissed with prejudice and without any award of fees, costs or disbursements to any party.

//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1.   The parties' Stipulated Notice of Dismissal with Prejudice, ECF No. 87, is **GRANTED**.

2.   The claims against Defendant are dismissed with prejudice and without any award of fees, costs or disbursements to any party.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 15th day of May 2026.



Stan Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION** ~ 2